DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBIN BUTLER,**
Appellant,

v.

**RICHARD PRESTON BUTLER, JR.,**
Appellee.

No. 4D2025-2281

[August 13, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher Wigand, Judge; L.T. Case No. 062022DR000914AXXXCE.

Lisa Weber of The Law Office of Lisa Weber, P.A., Boca Raton, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***